# United States District Court

## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO.  4:07CR39 |
| | § | |
| JESSIE DWAYNE TAYLOR (1) | § | |

## ORDER GRANTING MOTION TO TERMINATE SUPERVISED RELEASE

On this date the Court considered the Motion to Terminate Defendant's Supervised Release Term (Dkt. #247).  Upon consideration of the Motion and after consultation with the U.S. Probation Office,  the Court finds that the Motion should be GRANTED.  ACCORDINGLY,

IT IS ORDERED that Defendant's supervised release is terminated effective this date.

**SIGNED this 1st day of August, 2016.**

_AMOS L. MAZZANT_
UNITED STATES DISTRICT JUDGE